# DIVIDENDS REMITTED TO THE COURT

Case Number 10-19011 - ROBBINS, JAMES W.

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Mercy Regional Medical Center<br>Po Bx 740819<br>Cincinnati, Oh 45274-0819 | 000002 | CK.# 106 | 53.00 | 0.48 |
| KEYBANK<br>C/O WELTMAN, WEINBERG & REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113 | 000005 | CK# 109 | 439.90 | 3.97 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000009 | CK.# 113 | 502.10 | 4.53 |
| Ohio Edison Company<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 000010 | CK. 114- | 295.31 | 2.67 |
| Remittance Total | | | 1,290.31 | 11.65 |

*[Signature]*
LAUREN A. HELBLING, Trustee

Receipt # 152497.

FILED 11 JUN 14 PM 12:48
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND